Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*pro hac vice pending*)
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
360.534.9900; nlawrence@nrdc.org

Garett R. Rose (D.C. Bar No. 1023909) (*pro hac vice pending*)
Jared E. Knicley (D.C. Bar No. 1027257) (*pro hac vice pending*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th St. NW
Washington DC 20005
202.289.6868; grose@nrdc.org; jknicley@nrdc.org

Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
907.792.7102; egrafe@earthjustice.org

Eric P. Jorgensen (Alaska Bar No. 8904010)
Katharine Glover (Alaska Bar No. 0606033)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
907.586.2751; ejorgensen@earthjustice.org; kglover@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATIONAL AUDUBON SOCIETY *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:20-cv-00205-TMB |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID BERNHARDT *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs National Audubon Society, Natural Resources Defense Council, Center for Biological Diversity, and Friends of the Earth hereby state that all Plaintiffs are non-profit corporations that do not issue stock. Accordingly, none of the Plaintiffs has a parent corporation, and no publicly held corporation owns ten percent or more of stock in any Plaintiff.

Respectfully submitted this 24th day of August, 2019.

_s/ Nathaniel SW Lawrence_
Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (_pro hac vice pending_)
Garett R. Rose (D.C. Bar No. 1023909) (_pro hac vice pending_)
Jared E. Knicley (D.C. Bar No. 1027257) (_pro hac vice pending_)
NATURAL RESOURCES DEFENSE COUNCIL

_s/ Erik Grafe_
Erik Grafe (Alaska Bar No. 0804010)
Eric P. Jorgensen (Alaska Bar No. 8904010)
Katharine Glover (Alaska Bar No. 0606033)
EARTHJUSTICE

_Attorneys for Plaintiffs National Audubon Society, Natural Resources Defense Council, Center for Biological Diversity, and Friends of the Earth_

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2020, a copy of foregoing PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT was served by U.S. Mail on the following:

DAVID BERNHARDT, Secretary of
the Interior
United States Department of the Interior
1849 C Street NW
Washington DC 20240

BUREAU OF LAND MANAGEMENT
1849 C Street NW
Rm. 5665
Washington, DC 20240

UNITED STATES FISH AND
WILDLIFE SERVICE
1849 C Street NW
Washington, DC 20240

William Barr, Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Civil Process Clerk
United States Attorney, District of Alaska
222 W 7th Avenue, Room 253 #9
Anchorage, AK 99513

*s/ Erik Grafe*
Erik Grafe