IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| NATIONAL AUDUBON SOCIETY *et al.*, | ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | Case No. 3:20-cv-00205-SLG |
| v. | ) ) ) | |
| DAVID BERNHARDT *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION TO EXTEND DEFENDANTS' TIME TO FILE ANSWER AND STIPULATION AS TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

The parties to this case make this joint motion to further judicial economy and avoid an unnecessary filing. If granted, it will allow Defendants not to file an answer until Plaintiffs amend their complaint, as they must to add a count under the Endangered Species Act following the relevant statutory notice period.

Pursuant to Fed. R. Civ. P. 15(a)(2), counsel for Plaintiffs conferred with Defendants and obtained written consent to file an amended complaint prior to any answer and not later than November 16, 2020. To avoid the need for Defendants to answer both the original and the amended complaint, the parties hereby move to extend the time for the Defendants to file their answer until after Plaintiffs file their first amended complaint.

Plaintiffs commenced this litigation on August 24th and service was made on August 25th, making Defendants' answer or other response pursuant to Fed. R. Civ. P. 12 due October 26th. Plaintiffs contend that they also sent a 60-day notice of intent to sue to the Department of the Interior and the Bureau of Land Management (BLM) under 16 U.S.C. § 1540(g)(2)(A) of the Endangered Species Act for violations of that statute if not remedied within the 60-day period. That notice was received on August 31st, and accordingly Plaintiffs contend that they may bring these claims on or after October 30th, if not remedied by BLM. Plaintiffs contend that, to date, BLM has not remedied the alleged violations. Plaintiffs anticipate amending their complaint to add the claims asserted in the notice of intent once that notice period expires.

The parties provide notice that Defendants consent to Plaintiffs filing an amended complaint pursuant to Fed. R. Civ. P. 15(a)(2) while reserving all applicable defenses. Plaintiffs will file their first amended complaint not later than November 16, 2020. The parties also request that this court extend the date for Defendants to file their answer or other response pursuant to Fed. R. Civ. P. 12 until December 4, 2020, to allow sufficient time for the Defendants to address the new allegations in the Plaintiffs' amended complaint.

Respectfully submitted this 23rd day of October, 2020.

*s/ Nathaniel S.W. Lawrence*
Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
360.534.9900; nlawrence@nrdc.org

Garett R. Rose (D.C. Bar No. 1023909) (*pro hac vice*)
Jared E. Knicley (D.C. Bar No. 1027257) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th St. NW
Washington DC 20005
202.289.6868; grose@nrdc.org; jknicley@nrdc.org

*s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
907.792.7102; egrafe@earthjustice.org

Eric P. Jorgensen (Alaska Bar No. 8904010)
Katharine Glover (Alaska Bar No. 0606033)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
907.586.2751; ejorgensen@earthjustice.org;
kglover@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, Natural Resources Defense Council, Center for Biological Diversity, and Friends of the Earth*

JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice Environment and Natural Resources Div.

*s/ Mark Arthur Brown*

MARK ARTHUR BROWN
Florida Bar No. 0999504
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611 Washington, D.C. 20044
(202) 305 0204 || 202-305-0275 (fax)
mark.brown@usdoj.gov

PAUL E. SALAMANCA
Deputy Assistant Attorney General

PAUL A. TURCKE
Idaho Bar No. 4759
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax) paul.turcke@usdoj.gov

*Counsel for Defendants*