# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NATIONAL AUDUBON SOCIETY, *et al.*,

    Plaintiffs,

    v.

DAVID BERNHARDT, in his official capacity as Secretary of the Interior; *et al*,

    Defendants.

Case No. 3:20-cv-00205-SLG

## ORDER RE JOINT MOTION TO EXTEND DEFENDANTS' TIME TO FILE ANSWER AND STIPULATION AS TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Upon consideration of the parties' *Joint Motion to Extend Defendants' Time to File Answer and Stipulation as to Plaintiffs' First Amended Complaint* at Docket 18, IT IS ORDERED that the schedule for filing the amended complaint and Defendant's answer or other response is as follows: Plaintiffs will file their first amended complaint not later than November 16, 2020; Defendants will file their answer or other response not later than December 4, 2020.

DATED this 26th day of October, 2020 at Anchorage, Alaska.

                                  */s/ Sharon L. Gleason*
                                  UNITED STATES DISTRICT JUDGE