JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

MARK ARTHUR BROWN (Florida Bar No. 0999504)
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611 Washington, D.C. 20044
(202) 305-0204 || 202-305-0275 (fax)
mark.brown@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al., )<br><br>    Plaintiffs, )<br><br>      v. )<br><br>DAVID BERNHARDT, et al., )<br><br>    Defendants. )<br>_____ ) | Case No. 3:20-cv-00205-SLG |

### DEFENDANTS' NOTICE OF CONVENTIONAL FILING OF
### ADMINISTRATIVE RECORDS ON ELECTRONIC MEDIA

Defendants David Bernhardt, in his official capacity, Bureau of Land Management

("BLM"), and U.S. Fish & Wildlife Service ("FWS"), by and through undersigned

counsel are conventionally filing the Administrative Records of FWS and BLM, respectively, on electronic media pursuant to Local Civil Rules 7.1 (General Motion Practice) and 16.3(b) (Administrative Agency Appeals).

A declaration certifying the contents of the FWS Administrative Record is filed herewith as Exhibit 1. An index of the FWS Administrative Record is filed herewith as Exhibit 2. A declaration certifying the contents of the BLM Administrative Record is filed herewith as Exhibit 3. An index of the BLM Administrative Record is filed herewith as Exhibit 4.

Defendants are conventionally filing the Administrative Records on electronic media by hand delivery to the Clerk's Office. Copies of the Administrative Records are being served on Plaintiffs' counsel by express delivery.

Respectfully submitted,

DATED: November 23, 2020.

> JEAN E. WILLIAMS
> Deputy Assistant Attorney General United States Department of Justice Environment and Natural Resources Div.
>
> /s/ Mark Arthur Brown
> MARK ARTHUR BROWN
> Florida Bar No. 0999504
> Senior Trial Attorney
> Wildlife and Marine Resources Section
> P.O. Box 7611 Washington, D.C. 20044
> (202) 305-0204 || 202-305-0275 (fax)
> mark.brown@usdoj.gov

/s/ Paul A. Turcke
PAUL A. TURCKE
Idaho Bar No. 4759
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2020, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ Paul A. Turcke
Paul A. Turcke