# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior, *et al.*,<br><br>Defendants,<br><br>and<br><br>ALASKA OIL & GAS ASSOCIATION, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:20-cv-00205-SLG |

## ORDER RE JOINT MOTION ADDRESSING THE ADMINISTRATIVE RECORD (LOCAL CIVIL RULE 16(b)(2))

Upon consideration of the parties' Joint Motion Addressing the Administrative Record at Docket 39, IT IS ORDERED that the motion is hereby GRANTED.

The schedule for reviewing and filing any motions to supplement the record is as follows:

    1.    Any party contesting the sufficiency of the administrative record will identify their concerns and confer with counsel for Federal Defendants on or before January 19, 2021.

2. To provide the parties an opportunity to resolve record disputes without a motion, the deadline for filing any motion to supplement the administrative record shall be February 19, 2021.

3. If a motion is filed in accordance with paragraph 2 above, the deadline for any response to the motion shall be 30 days after service of the motion, and the deadline for any reply shall be 14 days after service of any responses.

4. Any party may seek a further extension of time, if necessary, to review the administrative record, and the parties will attempt to resolve any issues without contested motions.

5. If no party has identified concerns as to the sufficiency of the administrative record on or before January 19, 2021, Counsel will submit a joint motion or status report on or before January 26, 2021, proposing a briefing schedule. If any party has identified concerns with the administrative record on or before January 19, 2021, but no motion is filed by February 19, 2021, or the party earlier waives its objections in writing, Counsel will submit a joint motion or status report within seven days, proposing a briefing schedule.

DATED this 16th day of December, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00205-SLG, *National Audubon Society, et al. v. Bernhardt, et al.*
Order re Joint Motion Addressing the Administrative Record
Page 2 of 2
Case 3:20-cv-00205-SLG   Document 46   Filed 12/16/20   Page 2 of 2