# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DAVID BERNHARDT, *et al.*,<br><br>　　Defendants,<br><br>　　and<br><br>ALASKA OIL & GAS ASSOCIATION, *et al.,*<br><br>　　Intervenor-Defendants. | Case No. 3:20-cv-00205-SLG |

## ORDER RE JOINT MOTION TO CONFORM PRELIMINARY INJUNCTION SCHEDULE

Upon consideration of the Joint Motion to Conform Preliminary Injunction Schedule to Gwich'in Steering Committee, *et al* v. Bernhardt, *et al.* (3:20-cv-00204-SLG) and Native Village of Venetie Tribal Government, *et al.* (3:20-cv-00223-SLG) at Docket [50], IT IS ORDERED that the motion is hereby GRANTED. Defendants and Intervenor-Defendants will file their responses by December 23, 2020. Plaintiffs will file any reply by December 30, 2020. The Court will endeavor to enter a ruling on the motion by January 6, 2021.

DATED this 23rd day of December, 2020 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE