# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID BERNHARDT*, et al.*,<br><br>　　　　Defendants,<br><br>　　and<br><br>ALASKA OIL & GAS ASSOCIATION, *et al.*,<br><br>　　　　Intervenor-Defendants. | Case No. 3:20-cv-00205-SLG |

## ORDER RE MOTION TO INTERVENE AND MOTION FOR LEAVE TO LODGE OVERLENGTH RESPONSE

Before the Court at Docket 41 is State of Alaska's *Motion to Intervene*. Federal Defendants take no position on the motion.[1] Intervenor-Defendants Alaska Oil & Gas Association and American Petroleum Institute do not oppose the motion.[2] Plaintiffs filed a response on non-opposition to the motion at Docket 62. Also before the Court at Docket 61 is the State of Alaska's *Motion for Leave to Lodge an Overlength Response to Plaintiffs' Motion for a Preliminary Injunction*.

---

[1] *See* Docket 41 at 2.

[2] *See* Docket 41 at 2.

Case No. 3:20-cv-00205-SLG, *National Audubon Society, et al. v. Bernhardt, et al.*
Order re Motion to Intervene and Motion for Leave to Lodge Overlength Response
Page 1 of 2
Case 3:20-cv-00205-SLG   Document 65   Filed 12/31/20   Page 1 of 2

Good cause being shown, IT IS ORDERED that the *Motion to Intervene* at Docket 41 is GRANTED. The State of Alaska shall file a clean copy of its Answer within 7 days of the date of this order. Furthermore, the State's motion to file an overlength response to Plaintiffs' Motion for Preliminary Injunction, at Docket 61, GRANTED.

DATED this 31st day of December, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00205-SLG, *National Audubon Society, et al. v. Bernhardt, et al.*
Order re Motion to Intervene and Motion for Leave to Lodge Overlength Response
Page 2 of 2
Case 3:20-cv-00205-SLG   Document 65   Filed 12/31/20   Page 2 of 2