# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> SCOTT DE LA VEGA, in his official capacity as Acting Secretary of the United States Department of the Interior, *et al.*, <br><br> Defendants, <br> and <br><br> NORTH SLOPE BOROUGH, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:20-cv-0205-SLG |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS

Upon consideration of Defendants' Unopposed Motion Seeking to Stay Proceedings, (ECF No. 75), IT IS ORDERED that the motion is hereby GRANTED. All existing deadlines in this case are hereby stayed pending further order of the Court. The parties shall file a status report, or will file separate reports, if necessary, not later than April 12, 2021, advising the Court what further proceedings may be necessary.

---

*National Audubon Society v. de la Vega*, Case No. 3:20-cv-0205-SLG     1

Dated this _____ day of February, 2021.

                                                 HON. SHARON L. GLEASON
                                                 United States District Judge

---

*National Audubon Society v. de la Vega*, Case No. 3:20-cv-0205-SLG        2