# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>SCOTT DE LA VEGA, *et al.*,<br><br>　　　Defendants,<br><br>　and<br><br>ALASKA OIL & GAS ASSOCIATION, *et al.*,<br><br>　　　Intervenor-Defendants. | Case No. 3:20-cv-00205-SLG |

## ORDER RE ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY'S MOTION TO INTERVENE

Before the Court at Docket 72 is Alaska Industrial Development and Export Authority's ("AIDEA") Motion to Intervene, pursuant to F.R.C.P. 24(a) and 24(b). Plaintiffs filed a response of non-opposition to the motion at Docket 74. Federal Defendants take no position on the motion. Intervenors do not oppose the motion.

Good cause being shown, IT IS ORDERED that the Motion to Intervene is GRANTED. AIDEA shall file a clean copy of its Answer (Docket 72-2) within 7 days of the date of this order.

DATED this 11th day of February, 202 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE