JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

MARK ARTHUR BROWN (Florida Bar No. 0999504)
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-305-0204 || 202-305-0275 (fax)
mark.brown@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*,<br><br>                 Plaintiffs,<br>   v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior, *et al.*,<br><br>                 Defendants,<br>   and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>                 Intervenor-Defendants. | Case No. 3:20-cv-00205-SLG |

# JOINT STATUS REPORT

In accordance with the Court's text order (ECF 76) dated February 12, 2021, the undersigned parties submit this status report and request that the Court extend the stay for an additional 60 days. In support of the request to extend the stay, the undersigned parties provide the following information:

On March 16, 2021, Debra Haaland took the oath of office to become the 54th Secretary of the United States Department of the Interior. During her confirmation hearings, and upon taking office, Secretary Haaland expressed a commitment to review numerous administrative and natural resource matters, including those involving the Coastal Plain Oil and Gas Leasing Program (the Program) at issue in this litigation. Executive Order 13990 provides that the Secretary "shall review the program and, as appropriate and consistent with applicable law, conduct a new, comprehensive analysis of the potential environmental impacts of the oil and gas program." *See* ECF 71-1 at 4. The order also directs that the Secretary "shall, as appropriate and consistent with applicable law, place a temporary moratorium on all activities of the Federal Government relating to the implementation of the Coastal Plain Oil and Gas Leasing Program, as established by the Record of Decision signed August 17, 2020, in the Arctic National Wildlife Refuge." *Id.* The order further provides that agency heads "shall, as appropriate and consistent with applicable law, consider suspending, revising, or rescinding . . . agency actions" taken over the previous four years that are or may be

inconsistent with policies the order articulates, including "to reduce greenhouse gas emissions; to bolster resilience to the impacts of climate change; [and] to restore and expand our national treasures and monuments." *Id.* at 2.

Given that the Secretary of the Interior was only recently confirmed, the undersigned parties request to continue the stay of all proceedings in this action for a period of 60 days, up to and including June 11, 2021, to allow Defendants time to review the Program. Defendants intend within that time period to determine their next steps with regard to the Program and to identify those steps for the parties. This additional stay may, therefore, avoid unnecessary litigation and conserve the time and resources of the parties and the Court.

Defendants will identify the next steps with regard to the Program for the parties not less than ten days prior to the end of the 60-day period and in advance of informing the Court. Not later than the end of the 60-day period, the undersigned parties will file a joint status report advising the Court what further proceedings may be necessary, or will file separate reports setting out their proposals, if necessary.

Undersigned counsel have conferred with Intervenor-Defendants' counsel, who have each indicated that Intervenor-Defendants take no position on the request to extend the stay.

DATED: April 12, 2021.   JEAN E. WILLIAMS
  Acting Assistant Attorney General
  United States Department of Justice
  Environment and Natural Resources Div.

*/s/ Mark Arthur Brown*
MARK ARTHUR BROWN
Florida Bar No. 0999504
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611 Washington, D.C. 20044
(202) 305-0204 || 202-305-0275 (fax)
mark.brown@usdoj.gov

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov


*/s/ Nathaniel S.W. Lawrence*
Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
360.534.9900; nlawrence@nrdc.org

Garett R. Rose (D.C. Bar No. 1023909) (*pro hac vice*)
Jared E. Knicley (D.C. Bar No. 1027257) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th St. NW
Washington DC 20005
202.289.6868; grose@nrdc.org; jknicley@nrdc.org

/s/ Erik Grafe
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
907.792.7102; egrafe@earthjustice.org

Katharine Glover (Alaska Bar No. 0606033)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
907.586.2751; kglover@earthjustice.org;ejorgensen@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society, Natural Resources Defense Council, Center for Biological Diversity, and Friends of the Earth*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2021, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ Paul A. Turcke<br>Paul A. Turcke