Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for Alaska Oil and Gas Association, and American Petroleum Institute

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al.,<br><br>         Plaintiffs,<br><br> v.<br><br>DEB HAALAND, et al.,<br><br>         Defendants,<br><br> and<br><br>ALASKA OIL AND GAS ASSOCIATION, et al.,<br><br>        Intervenor-Defendants. | No.: 3:20-cv-00205-SLG |

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO:   The Clerk of the Court

AND TO: Counsel of Record

*National Audubon Society et al v. Deb Haaland et al.*
Case No. 3:20-cv-00205-SLG      1

Please take notice that Whitney A. Brown withdraws her appearance as counsel for Intervenor-Defendants Alaska Oil and Gas Association and American Petroleum Institute in the above-captioned matter.

Ms. Brown's last day of employment with Stoel Rives LLP was June 21, 2021. Ryan P. Steen and Jason T. Morgan of Stoel Rives LLP will continue to represent Alaska Oil and Gas Association and American Petroleum Institute in this matter.

DATED: June 28, 2021

STOEL RIVES LLP

By: */s/ Ryan P. Steen*
    Ryan P. Steen (Bar No. 0912084)
    Jason T. Morgan (Bar No. 1602010)

    Attorneys for Alaska Oil and Gas Association and American Petroleum Institute

# CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:20-cv-00205-SLG who are registered CM/ECF users will be served by the CM/ECF system.

| | |
|---|---|
| Mark Arthur Brown | mark.brown@usdoj.gov |
| Paul A. Turcke | paul.turcke@usdoj.gov |
| Katharine S. Glover | kglover@earthjustice.org |
| Erik Clifford Grafe | egrafe@earthjustice.org |
| Jared Eldridge Knicley | jknicley@nrdc.org |
| Nathaniel S.W. Lawrence | nlawrence@nrdc.org |
| Garett Robert Rose | Grose@nrdc.org |
| Eric P. Jorgensen | ejorgensen@earthjustice.org |
| Tyson C. Kade | tck@vnf.com |
| Jonathan David Simon | jxs@vnf.com |
| Melinda Louise Meade Meyers | mmeademeyers@vnf.com |
| Kyle W. Parker | kwparker@hollandhart.com |
| Jeanie A. Nelson | anne.nelson@alaska.gov |
| Ronald W. Opsahl | ron.opsahl@alaska.gov |
| Aurora R. Janke | aurora.janke@atg.wa.gov |

*/s/ Ryan P. Steen*
Ryan P. Steen

111364300.1 0010627-00051

*National Audubon Society et al v. Deb Haaland et al.*
Case No. 3:20-cv-00205-SLG    3

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*