TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

MARK ARTHUR BROWN (Florida Bar No. 0999504)
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-305-0204 || 202-305-0275 (fax)
mark.brown@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior, *et al.*, <br><br> Defendants, <br> and <br><br> NORTH SLOPE BOROUGH, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:20-cv-00205-SLG |

# DEFENDANTS' STATUS REPORT ON ISSUANCE OF FINAL SUPPLEMENTAL ENVIRONMENTAL IMPACT STATEMENT

This case is stayed, and in accordance with the Court's order providing that further status reports shall reflect "timeframes of key milestones in the process of conducting a new environmental review and issuing a new record of decision addressing the Coastal Plain Oil and Gas Leasing Program at issue in this litigation," Defendants hereby provide this update on the status of the Final Supplemental Environmental Impact Statement ("Final SEIS"). Order dated Sept. 13, 2021, at 1, ECF No. 85; *see also* Text Order, ECF No. 102.

Defendants previously advised that the Final SEIS was anticipated to issue in the third quarter of 2024, and be followed by a Record of Decision consistent with the timelines provided in the National Environmental Policy Act implementing regulations. Defendants now anticipate publication of the Final SEIS and issuance of the Record of Decision in the fourth quarter of 2024, with sufficient time for compliance with deadlines in Section 20001 of the 2017 Tax Cuts and Jobs Act.

Defendants will file an additional status report upon the issuance of the Final SEIS, and will otherwise provide notice to counsel as indicated by the parties' prior status reports.

Respectfully submitted,

DATED: September 30, 2024.

                                                 TODD KIM
                                                 Assistant Attorney General
                                                 United States Department of Justice
                                                 Environment and Natural Resources Division

MARK ARTHUR BROWN
Florida Bar No. 0999504
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-305-0204 || 202-305-0275 (fax)
mark.brown@usdoj.gov

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke

*National Audubon Society v. Haaland*　　　　　　　　　　Case No. 3:20-cv-00205-SLG
DEFS.' STATUS REPORT　　　　　　　　　　　　　　　　　　　　　　　　　　　　3

Case 3:20-cv-00205-SLG   Document 104   Filed 09/30/24   Page 3 of 3