TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

MARK ARTHUR BROWN (Florida Bar No. 0999504)
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-305-0204 ‖ 202-305-0275 (fax)
mark.brown@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior, *et al.*,<br><br>  Defendants,<br>  and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>  Intervenor-Defendants. | Case No. 3:20-cv-00205-SLG |

# DEFENDANTS' STATUS REPORT
# ON ISSUANCE OF RECORD OF DECISION

This case is stayed, and in accordance with the Court's order providing that further status reports shall reflect "timeframes of key milestones in the process of conducting a new environmental review and issuing a new record of decision addressing the Coastal Plain Oil and Gas Leasing Program at issue in this litigation," Defendants hereby provide this update on the status of the Record of Decision. Order dated Sept. 13, 2021, at 1, ECF No. 85; *see also* Text Order, ECF No. 107.

Defendants advise that a Record of Decision relating to the Program was issued on December 9, 2024, when it was posted to the Bureau of Land Management's National NEPA Register. *See* https://eplanning.blm.gov/eplanning-ui/project/2015144/510. Counsel will confer about how the Record of Decision affects, or provides a basis for further proceedings in, this litigation.

Respectfully submitted,

DATED: December 9, 2024.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

MARK ARTHUR BROWN
Florida Bar No. 0999504
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-305-0204 || 202-305-0275 (fax)
mark.brown@usdoj.gov

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney

Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on December 9, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                                */s/ Paul A. Turcke*
                                Paul A. Turcke