Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
360.534.9900; nlawrence@nrdc.org

Garett R. Rose (D.C. Bar No. 1023909) (*pro hac vice*)
Jared E. Knicley (D.C. Bar No. 1027257) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th St. NW
Washington DC 20005
202.289.6868; grose@nrdc.org; jknicley@nrdc.org

Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
310 K Street Suite 508
Anchorage, AK 99501
907.792.7102; egrafe@earthjustice.org

Eric P. Jorgensen (Alaska Bar No. 8904010)
Katharine S. Glover (Alaska Bar No. 0606033)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
907.586.2751; ejorgensen@earthjustice.org; kglover@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEB HAALAND *et al.*, <br><br> *Defendants*, <br><br> and <br><br> ALASKA OIL & GAS ASSOCIATION *et al.*, <br><br> *Intervenor-Defendants*. | Case No. 3:20-cv-00205-SLG |

**JOINT RESPONSE TO REQUEST FOR STATUS REPORT**

The parties hereby respond to the Court's December 10, 2024, order instructing them to indicate what actions may be necessary to resume or resolve this litigation. Doc. 109. Counsel for the parties in all four lawsuits challenging the 2020 Leasing Program have conferred. Because orders in separately pending cases and imminent potential administrative actions may affect this litigation, the parties are filing a joint status report and Plaintiffs and Defendants are requesting a continued stay until February 28, 2025, in each of the four cases.

Additional time will allow the parties to evaluate next steps in light of *Alaska Industrial Development and Export Authority v. U.S. Department of the Interior et al.*, Case No. 3:24-cv-00051-SLG, a lawsuit that challenges the Department of the Interior's cancellation of leases issued pursuant to the 2020 Leasing Program that is also the subject of this lawsuit. The case is fully briefed and submitted to this Court for a decision. The outcome of that litigation could affect how the parties would pursue the present case.

Additional time will also allow the parties to evaluate next steps in light of the incoming administration's administrative actions in the Refuge. The State of Alaska has urged the incoming administration to replace the recently adopted Refuge leasing program with the record of decision for the 2020 Leasing Program and reinstate the leases issued under the 2020 program. *See* Office of the Governor, Dunleavy Administration Submits Transition Report to Trump Transition HQ (Dec. 16, 2024), https://gov.alaska.gov/dunleavy-administration-submits-transition-report-to-trump-

*National Audubon Society et al. v. Haaland et al.*, 1
Case No. 3:20-cv-00205-SLG

Case 3:20-cv-00205-SLG   Document 110   Filed 12/31/24   Page 2 of 5

transition-hq/; Alaska Priorities for Federal Transition at 6, https://gov.alaska.gov/wp-content/uploads/Alaska-Federal-Transition-Plan.pdf. Whether and how the incoming administration attempts to reinstate the 2020 Leasing Program and leases in the Refuge could affect how the parties consider the present case.

Following conferral, Defendants acknowledge that various events could occur in early 2025 that have the potential to affect the Coastal Plain Oil and Gas Program. Defendants further note, in light of the possibility of such events, that Plaintiffs do not wish to dismiss the above-captioned lawsuit at this time. Defendants agree that it may ultimately conserve the resources of the parties and the Court to continue the stay of proceedings in this case until February 28, 2025, when the parties can revisit the status of this litigation. Intervenor-Defendant State of Alaska does not oppose the request for a stay, while the other Intervenor-Defendants take no position.

For the foregoing reasons, Plaintiffs and Defendants jointly request that this Court continue the stay of proceedings in this case to allow the parties to consider the impacts of future agency and Court decisions on the present case. The parties will submit a joint status report on or before February 28, 2025, to advise the Court of their positions regarding whether and how to proceed with this litigation.

Respectfully submitted this 31st day of December, 2024.

*s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
Eric P. Jorgensen (Alaska Bar No. 8904010)
Katharine S. Glover (Alaska Bar No. 0606033)
EARTHJUSTICE

Nathaniel S.W. Lawrence (Wash. Bar No. 30847) (*pro hac vice*)
Garett R. Rose (D.C. Bar No. 1023909) (*pro hac vice*)
Jared E. Knicley (D.C. Bar No. 1027257) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiffs National Audubon Society, Natural Resources Defense Council, Center for Biological Diversity, and Friends of the Earth*

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

MARK ARTHUR BROWN
Florida Bar No. 0999504
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-305-0204 || 202-305-0275 (fax)
mark.brown@usdoj.gov

*s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500 Boise, ID 83702
202-532-5994 || 202-305-0275 (fax) paul.turcke@usdoj.gov

*Counsel for Defendants*

*National Audubon Society et al. v. Haaland et al.*,
Case No. 3:20-cv-00205-SLG

3

Case 3:20-cv-00205-SLG   Document 110   Filed 12/31/24   Page 4 of 5

## CERTIFICATE OF SERVICE

I certify that on December 31, 2024, a copy of foregoing JOINT RESPONSE TO REQUEST FOR STATUS REPORT was served electronically on Daniel Von Seggern, David Gross, Garett R. Rose, James H. Lister, Jared E. Knicley, Jason T Morgan, Jeanie A Nelson, Jonathan David Simon, Mark Arthur Brown, Melinda M. Meyers, Nathaniel S.W. Lawrence, Paul A. Turcke, Ronald W. Opsahl, Ryan P. Steen, Sarah M. Reyneveld, and Tyson C. Kade.

*s/ Erik Grafe*
Erik Grafe
EARTHJUSTICE