IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATIONAL AUDUBON SOCIETY *et al.*, | ) | |
| Plaintiffs, | ) ) ) | Case No. 3:20-cv-00205-SLG |
| v. | ) ) | |
| DEB HAALAND *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

### [PROPOSED] ORDER

The Court has reviewed and ACCEPTS the joint response to the request for status report. This case shall remain stayed, and the parties shall file a joint status report on or before February 28, 2025.

SO ORDERED this \_\_\_\_ day of _____, 2025.

_____
SHARON L. GLEASON
United States District Judge