# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEB HAALAND, in her official capacity as Secretary of the Interior, *et al.*,<br><br>　　　　Defendants,<br><br>　and<br><br>ALASKA OIL & GAS ASSOCIATION, *et al.*,<br><br>　　　　Intervenor-Defendants. | Case No. 3:20-cv-00205-SLG |

## ORDER TO FILE PROPOSED CASE MANAGEMENT SCHEDULE

In light of the parties' recent status reports and the restoration of congressional appropriations, IT IS ORDERED that the parties shall (jointly or separately) submit a case management proposal by December 5, 2025, describing the effects of the Department of Interior's new decisions on this case and proposing next steps in this litigation.

IT IS SO ORDERED this 14th day of November, 2025 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE