Garett R. Rose (D.C. Bar No. 1023909)
(*pro hac vice*)
Jared E. Knicley (D.C. Bar No. 1027257)
(*pro hac vice*)
NATURAL RESOURCES DEFENSE
COUNCIL
1152 15th St. NW
Washington DC 20005
202.289.6868
grose@nrdc.org; jknicley@nrdc.org

Erik Grafe (Alaska Bar No. 0804010)
Hannah Payne Foster (Alaska Bar No. 2105045)
EARTHJUSTICE
310 K Street Suite 508
Anchorage, AK 99501
907.792.7102
egrafe@earthjustice.org;
hfoster@earthjustice.org

Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
907.586.2751
ejorgensen@earthjustice.org

*Attorneys for former Plaintiff National Audubon Society and remaining Plaintiffs Natural Resources Defense Council, Center for Biological Diversity, and Friends of the Earth*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL *et al.*, | )<br>) |
| Plaintiffs, | )<br>) Case No. 3:20-cv-00205-SLG |
| v. | )<br>) |
| DOUG BURGUM *et al.*, | )<br>) |
| Defendants | )<br>) |
| and | )<br>) |
| NORTH SLOPE BOROUGH, *et al.*, | )<br>) |
| Intervenor-Defendants | ) |

**RULE 41 STIPULATION OF VOLUNTARY DISMISSAL
OF PLAINTIFF NATIONAL AUDUBON SOCIETY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that Plaintiff National Audubon Society is dismissed from this action. This stipulation does not apply to the remaining Plaintiffs.

Dated: January 13, 2026,

    *s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
Hannah Payne Foster (Alaska Bar No. 2105045)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE

    *s/ Garett R. Rose*
Garett R. Rose (D.C. Bar No. 1023909) (*pro hac vice*)
Jared E. Knicley (D.C. Bar No. 1027257) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiffs National Audubon Society, Natural Resources Defense Council, Center for Biological Diversity, and Friends of the Earth*

    *s/ Paul A. Turcke (consent)*
Paul A. Turcke (Idaho Bar No. 4759)
United States Department of Justice
Natural Resources Section

Adam R.F. Gustafson Principal Deputy Assistant Attorney General United States Department of Justice
Environmental and Natural Resources Division

Mark Arthur Brown (Florida Bar No. 0999504)
United States Department of Justice
Wildlife and Marine Resources Section

*Attorneys for Federal Defendants*

*s/ Jason T. Morgan (consent)*
Jason T. Morgan (Bar No. 1602010)
Ryan P. Steen (Bar No. 0912084)
STOEL RIVES LLP

*Attorneys for Alaska Oil and Gas Association and American Petroleum Institute*

*s/ Tyson C. Kade (consent)*
Tyson C. Kade (D.C. Bar # 1018014)
Jonathan D. Simon (Alaska Bar # 0911069)
Melinda L. Meade Meyers (Alaska Bar # 2006053)
VAN NESS FELDMAN LLP

*Attorneys for Intervenor Defendants North Slope Borough, Native Village of Kaktovik, and Kaktovik Inupiat Corporation*

*s/ Mary Hunter Gramling (consent)*
Mary Hunter Gramling, AK Bar 1011078
Ronald W. Opshal
ALASKA DEPARTMENT OF LAW

*Attorneys for Intervenor State of Alaska*

*s/ David Karl Gross (consent)*
David K. Gross, ABA # 9611065
James H. Lister, ABA #1611111
Brian V. Gerd, ABA #1810097
BIRCH HORTON BITTNER & CHEROT, PC

*Attorney for Intervenor Defendant Alaska Industrial Development and Export Authority*

*Natural Resources Defense Council et al. v. Burgum et al.*,
Case No. 3:20-cv-00205-SLG

2

**CERTIFICATE OF SERVICE**

I certify that on January 13, 2026, a copy of the foregoing RULE 41 STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF NATIONAL AUDUBON was served electronically through the CM/ECF system on counsel of record.

*s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE