# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOUG BURGUM, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:20-cv-00205-SLG |

### ORDER ON STIPULATION OF DISMISSAL AND MOTION FOR LEAVE TO FILE SECOND AMENDED AND FIRST SUPPLEMENTAL COMPLAINT

Before the Court at Docket 138 is the parties' Stipulation of Dismissal of Plaintiff National Audubon Society. The Court has reviewed and **APPROVES** the stipulation; pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff National Audubon Society is **DISMISSED** from this case. The Stipulation at Docket 138 does not apply to the remaining Plaintiffs. The Clerk of Court is directed to amend the case caption to only include Natural Resources Defense Council, Center for Biological Diversity, and Friends of the Earth as Plaintiffs.

Also before the Court at Docket 140 is Plaintiffs' Unopposed Motion for Leave to File Second Amended and First Supplemental Complaint. In accordance with the Court's Order at Docket 135, and pursuant to Federal Rule of Civil

Procedure 15, the motion at Docket 140 is **GRANTED;** Plaintiffs shall file a clean, previously undocketed copy of their Second Amended and First Supplemental Complaint at Docket 140-2 and accompanying Exhibits on or before **January 30, 2026**.

It is further ordered that all parties shall provide the Court with a chambers copy of any filing greater than 50 pages in length. Chambers copies shall be an exact replica of the filed document, including the document footer assigned by the CM/ECF System; exhibits/attachments must be separately identified with readily visible tabs; and must be legible, single-sided, and two-hole punched at the center of the top page.

IT IS SO ORDERED this 23rd day of January, 2026 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00205-SLG, *National Audubon Society, et al. v. Burgum, et al.*
Order on Stipulation of Dismissal and Motion for Leave to File Second Amended and First Supplemental Complaint
Page 2 of 2
Case 3:20-cv-00205-SLG    Document 142    Filed 01/23/26    Page 2 of 2