ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

MARK ARTHUR BROWN (Florida Bar No. 0999504)
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044
202-532-3103 ‖ 202-305-0275 (fax)
mark.brown@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GWICH'IN STEERING COMMITTEE, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior, *et al.*,<br><br>        Defendants,<br>  and<br><br>NORTH SLOPE BOROUGH, *et al.*,<br><br>        Intervenor-Defendants. | Case No. 3:20-cv-00204-SLG |

NATURAL RESOURCES
DEFENSE COUNCIL, *et al.*,

            Plaintiffs,

    v.

DOUG BURGUM, in his official capacity as
Secretary of the Interior, *et al.*,

            Defendants,

  and

NORTH SLOPE BOROUGH, *et al.*,

            Intervenor-Defendants.

Case No. 3:20-cv-00205-SLG

## DEFENDANTS' NOTICE OF CONVENTIONAL FILING
## OF THE ADDITIONAL ADMINISTRATIVE RECORDS

Defendants Doug Burgum, in his official capacity as Secretary of the Interior, et al., are conventionally filing the Additional Administrative Records on electronic media in accordance with the Court's Order(s) on Joint Motion to Amend Case Management Schedule (Dkt. 142 in Case No. 3:20-cv-00204, Dkt. 149 in Case No. 3:20-cv-00205), and Local Civil Rules 7.1 and 16.3(b). Exhibit 1 filed herewith is a declaration certifying the contents of the Bureau of Land Management ("BLM") Additional Administrative Records. Exhibit 2 filed herewith is the BLM Additional Administrative Records index. Exhibit 3 filed herewith is a declaration certifying the contents of the U.S. Fish and Wildlife Service ("FWS") Additional Administrative Records. Exhibit 4 filed herewith is the FWS Additional Administrative Record index. Defendants are conventionally filing the Additional Administrative Records on electronic media by hand delivery to the

Clerk's Office.  Copies of the Additional Administrative Records on electronic media are being served on all parties' counsel by express delivery.

Respectfully submitted this 30th of March 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Idaho Bar No. 4759
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

MARK ARTHUR BROWN
Florida Bar No. 0999504
Senior Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611 Washington, D.C. 20044
(202) 532-3103
mark.brown@usdoj.gov

*Counsel for Defendants*

Of Counsel:
LINDSAY CRONIN,
Attorney-Advisor
Office of the Regional Solicitor
U.S. Department of the Interior
Anchorage, Alaska
907-271-4131

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A, Turcke*
Paul A. Turcke

*Gwich'in Steering Comm. v. Burgum*  Nos. 3:20-cv-00204; -205-SLG
DEFS.' NOTICE OF FILING ADD'L ADMIN. RECORDS  3