Garett R. Rose (D.C. Bar No. 1023909)
(*pro hac vice*)
Jared E. Knicley (D.C. Bar No. 1027257) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th St. NW
Washington DC 20005
202.289.6868
grose@nrdc.org; jknicley@nrdc.org

Andrew J. Doyle (FL Bar No. 84948)
(*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St., 21st floor
San Francisco, CA 94104
415.875.8259
adoyle@nrdc.org

Erik Grafe (Alaska Bar No. 0804010)
Hannah Payne Foster (Alaska Bar No. 2105045)
EARTHJUSTICE
310 K Street Suite 508
Anchorage, AK 99501
907.792.7102
egrafe@earthjustice.org; hfoster@earthjustice.org

Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
907.586.2751
ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Natural Resources Defense Council et al.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:20-cv-00205-SLG |
| | ) | |
| v. | ) | |
| | ) | |
| DOUG BURGUM *et al*., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NORTH SLOPE BOROUGH *et al*., | ) | |
| | ) | |
| Intervenor-Defendants. | ) | |
| | ) | |

## PLAINTIFFS AND FEDERAL DEFENDANTS' JOINT MOTION
## FOR A BRIEFING SCHEDULE

Plaintiffs and Federal Defendants submit this Joint Motion for a Briefing Schedule in accordance with the Court's Order on Joint Motion to Amend Case Management Schedule, Doc. 149 (Feb. 24, 2026). The parties have resolved any concerns about the sufficiency of the administrative records, Defendants have agreed to file a supplement to the administrative records, and the same schedule is being proposed in the related cases: *Gwich'in Steering Committee v. Burgum*, 3:20-cv-00204-SLG, and *Native Village of Venetie Tribal Government v. Burgum*, 3:20-cv-00223-SLG. Plaintiffs and Federal Defendants jointly move for a scheduling order establishing the following deadlines for summary judgment briefing in this case:

- Plaintiffs' Opening Brief will be filed by **June 12, 2026**;

- Federal Defendants' Response Brief will be filed by **July 17, 2026**;

- Intervenor-Defendants' Response Briefs will be filed by **July 24, 2026**; and

- Plaintiffs' Reply Brief will be filed by **August 21, 2026**.

The parties agree that Federal Defendants and each separately represented group of Intervenor-Defendants shall be allowed to file a combined response brief that addresses the claims in this case and the two related cases identified above. The parties will not oppose a reasonable request to file an overlength brief as may be necessary in responding or replying to briefs from multiple parties, provided that parties will coordinate and reasonably seek to avoid duplicative or unnecessary arguments.

*Natural Resources Defense Council et al. v. Burgum et al.*,　　　　　　　　　　1
Case No. 3:20-cv-00205-SLG

Plaintiffs further request, and Federal Defendants do not oppose, that the Court endeavor to issue a final decision in this matter by **November 20, 2026**, if possible, before surface disturbing activities in the Coastal Plain may be authorized for the winter of 2026-27 pursuant to the program, unless Federal Defendants confirm before that date that such activities will not be approved for the winter of 2026-27.

Counsel have conferred, and Intervenor-Defendant American Petroleum Institute does not oppose this motion or the proposed schedule. Intervenor-Defendants North Slope Borough *et al.* take no position on the motion or proposed schedule. Intervenor-Defendant Alaska Industrial Development and Export Authority (AIDEA) has indicated it will oppose this motion and propose a different schedule. Intervenor-Defendant State of Alaska has indicated it takes no position on this motion and proposed schedule and does not oppose AIDEA's forthcoming proposed schedule but requests that any schedule maintain a one-week interval between the deadline for filing of Defendants' and Intervenor-Defendants' briefs.

Respectfully submitted this 27th day of April, 2026,

*s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
Hannah Payne Foster (Alaska Bar No. 2105045)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE

*Natural Resources Defense Council et al. v. Burgum et al.*,
Case No. 3:20-cv-00205-SLG

2

s/ Andrew J. Doyle
Andrew J. Doyle (FL Bar No. 84948) (*pro hac vice*)
Garett R. Rose (D.C. Bar No. 1023909) (*pro hac vice*)
Jared E. Knicley (D.C. Bar No. 1027257) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiffs Natural Resources Defense Council,*
*Center for Biological Diversity, and Friends of the Earth*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environmental and Natural Resources Division

s/ Paul A. Turcke (consent)
PAUL A. TURCKE (Idaho Bar No. 4759)
United States Department of Justice
Natural Resources Section

MARK ARTHUR BROWN (Florida Bar No. 0999504)
United States Department of Justice
Wildlife and Marine Resources Section

*Attorneys for Federal Defendants*

*Natural Resources Defense Council et al. v. Burgum et al.,*       3
Case No. 3:20-cv-00205-SLG

## CERTIFICATE OF COMPLIANCE WITH WORD LIMITS

I certify that this document contains 382 words, excluding items exempted by Local Civil Rule 7.4(a)(4), and complies with the word limits of Local Civil Rule 7.4(a)(2).

Dated: April 27, 2026.

*s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE

*Natural Resources Defense Council et al. v. Burgum et al.*,                    4
Case No. 3:20-cv-00205-SLG

**CERTIFICATE OF SERVICE**

I certify that on April 27, 2026, a copy of the foregoing PLAINTIFFS AND

FEDERAL DEFENDANTS' JOINT MOTION FOR A BRIEFING SCHEDULE, with

proposed order, was served electronically through the CM/ECF system on counsel of

record.

*s/ Erik Grafe*

Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE