**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al., <br><br> Plaintiff(s), <br> vs. <br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br> Defendant(s). | Case No. 3:20-cv-00205-SLG <br><br> MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Tiffany Wang                                    , hereby apply for permission to appear and
(name)

participate as counsel for  American Petroleum Institute                    , Intervenor-Defendant   ,
(Name of party)                                        (plaintiff/defendant)

in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☒ I am a registered participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for

registration as a participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate  Jason T. Morgan                    , a member of the Bar of this court,
          (Name)

who maintains an office at the place within the district, with whom the court and opposing

counsel may readily communicate regarding conduct of this case.

DATE:  July 13, 2026

/s/ Tiffany Wang
_____
(Signature)

Tiffany Wang
(Printed Name)

600 University Street, Suite 3400
(Address)

Seattle, WA 98101
(City/State/Zip)

(206) 386-7563
(Telephone Number)

tiffany.wang@stoel.com
(e-mail address)

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:  July 13, 2026

/s/ Jason T. Morgan
_____
(Signature)

Jason T. Morgan
(Printed Name)

600 University Street, Suite 3400
(Address)

Seattle, WA  98101
(City, State, Zip)

(206) 386-7527
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

# DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name:  Tiffany Wang

Business Address: 600 University Street, Suite 3400          , Seattle, WA  98101
                         (Mailing/Street)                                              (City, State, ZIP)

Residence:                                              ,
                         (Mailing/Street)                                              (City, State, ZIP)

Business Telephone:  (206) 386-7563          e-mail address:  tiffany.wang@stoel.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

Please see attached list

| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐      No ☒  (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐      No ☒  (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated:   July 13, 2026

_____
(Signature of Applicant)

**Tiffany Wang**
**State Bar and Court Admissions**

| United States Court of Appeals | Date Admitted | Address |
|---|---|---|
| For the Ninth Circuit | May 12, 2023 | 95 7th Street, San Francisco, CA  94103 |
| For the Fifth Circuit | August 14, 2024 | 600 S. Maestri Place, New Orleans, LA  70130 |
| For the Fourth Circuit | August 21, 2024 | 1100 East Main Street, Suite 501, Richmond, VA  23219 |

| United States District Court | Date Admitted | Address |
|---|---|---|
| For the District of Western Washington | January 20, 2023 | 700 Stewart Street, Suite 2310 Seattle, WA 98101 |
| For the Eastern District of Washington | July 9, 2025 | 920 West Riverside Ave, Room 840 Spokane, WA 99201 |

| State Bar | Date Admitted | Address |
|---|---|---|
| Washington State Bar | November 23, 2020 | 1325 4th Ave #600, Seattle, WA  98101 |