# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

|  |  |  |
|---|---|---|
| | ) | |
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 57367 |
| | ) | |
| OF | ) | **CERTIFICATE** |
| | ) | |
| TIFFANY WANG | ) | **OF** |
| | ) | |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |
| | ) | |
| _____ | ) | |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**TIFFANY WANG**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the

Courts of the State of Washington on November 23, 2020, and is now and has continuously since that

date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of this Court on the 13th day of
July, 2026.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court