Jared E. Knicley (D.C. Bar No. 1027257)
(*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th St. NW
Washington DC 20005
202.289.6868
jknicley@nrdc.org

Andrew J. Doyle (FL Bar No. 84948)
(*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St., 21st floor
San Francisco, CA 94104
415.875.8259
adoyle@nrdc.org

Erik Grafe (Alaska Bar No. 0804010)
Hannah Payne Foster (Alaska Bar No. 2105045)
EARTHJUSTICE
310 K Street Suite 508
Anchorage, AK 99501
907.792.7102
egrafe@earthjustice.org; hfoster@earthjustice.org

Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
907.586.2751
ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Natural Resources Defense Council et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM *et al.*,<br><br>Defendants,<br><br>and<br><br>NORTH SLOPE BOROUGH *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:20-cv-00205-SLG |

**PLAINTIFFS' REQUEST FOR CLARIFICATION**

NRDC Plaintiffs respectfully request clarification of an order entered by this Court on September 10, 2026, scheduling oral argument in this case for October 29, 2026, at 1:00 pm and apportioning each side 20 minutes time to present its arguments. Doc. 194. The Court entered an identical order in two related cases. 3:20-cv-00204 (Doc. 191); 3:20-cv-00223 (Doc. 182). NRDC Plaintiffs respectfully seek to confirm that they will be afforded 20 minutes to present their argument in case 2:30-cv-00205 (with each of the plaintiffs in the other cases also afforded 20 minutes to present their arguments, for a total of 60 minutes on plaintiffs' side and 60 minutes on defendants/intervenors' side across the three cases).

Respectfully submitted this 18th day of September, 2026.

*s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
Hannah Payne Foster (Alaska Bar No. 2105045)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE

*s/ Andrew J. Doyle*
Andrew J. Doyle (FL Bar No. 84948) (*pro hac vice*)
Jared E. Knicley (D.C. Bar No. 1027257) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiffs Natural Resources Defense Council, Center for Biological Diversity, and Friends of the Earth*

**CERTIFICATE OF SERVICE**

I certify that on September 18, 2026, a copy of the foregoing PLAINTIFFS' REQUEST FOR CLARIFICATION was served electronically through the CM/ECF system on counsel of record.

*s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE